11092425
$211.01
9/21/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

    APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 211.01

IN CHECK # 15738 FOR $211.01
                      Representing unclaimed funds

FILED SEP 21 2011 BANKRUPTCY COURT BUFFALO, N.Y.

DATED: 9-15-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 185939 | QUINN | 0600625 | 14.73 | DRETTALOUISE B QUINN | 2493 WHITNEY AVE. | | NIAGARA FALLS NY | 14301 |
| 185946 | LEE | 0601650 | 112.04 | ROY & JANICE LEE | 2769 WEST AVENUE | | NEWFANE NY | 14108 |
| 185962 | MUNNO, SR. | 0603422 | 1.54 | PETER MUNNO, SR. & LAURIE MU | 647 BLAIRVILLE ROAD | | YOUNGSTOWN NY | 14174 |
| 185966 | DAWKINS | 0603819 | 5.00 | RUDY & FRANCES DAWKINS | 714 NORFOLK AVE. | | BUFFALO NY | 14215 |
| 185977 | EIMERS | 0701955 | 10.90 | DONALD G EIMERS | 6035 JOYCE STREET | | HARBORCREEK PA | 164211633 |
| 185982 | QUINN | 0703416 | 5.00 | TODD A QUINN | 5640 ROUTE 219 | | GREAT VALLEY NY | 147419708 |
| 185986 | BOWERS, III | 0704025 | 5.01 | CHARLES E BOWERS, III | 32 EDEN ST. | | BUFFALO NY | 14220 |
| 185993 | DEARBORN | 0810733 | 5.00 | PHILLIP A DEARBORN | 144 GRANT ST. | | LOCKPORT NY | 14094 |
| 185997 | PIPPEN | 0811533 | 11.77 | LYNELL R PIPPEN | 535 SHIRLEY AVE. | | BUFFALO NY | 14215 |
| 186001 | CLEVELAND | 0814066 | 5.00 | KRISTA M CLEVELAND | 767 BLAIRVILLE ROAD | | YOUNGSTOWN NY | 14174 |
| 186006 | PAVLOCK | 0815389 | 5.00 | KATHERINE J PAVLOCK | 447 EMERSON DRIVE | | AMHERST NY | 14226 |
| 186011 | CALERI | 0911660 | 5.01 | ROBERT D CALERI | 145 KLAS AVENUE | | WEST SENECA NY | 1422418 |
| 186015 | WILLIAMSON | 0912983 | 5.00 | WILLIAM & KIMBERLY WILLIAMSO | 7408 SUNNYDALE ROAD | | NIAGARA FALLS NY | 14304 |
| 186018 | KOWAL, JR. | 0913590 | 5.00 | STANLEY KOWAL, JR. & MARY KO | 135 COLBY ST. | | CHEEKTOWAGA NY | 14206 |
| 186028 | BRINKWORTH | 0916037 | 5.00 | PAMELA R BRINKWORTH | 85 ROYCROFT BLVD. | | BUFFALO NY | 14226 |
| 186039 | GAGLIONE, SR. | 1013059 | 5.00 | JAMES GAGLIONE, SR. & MARGAR | 3624 COLUMBIA STREET | | HAMBURG NY | 14075 |
| 186043 | GETZ | 1013602 | 5.01 | KATHLEEN GETZ | 156 IROQUOIS AVENUE | | LANCASTER NY | 14086 |
| | | | $211.01 | | | | | |